No. 42146.—Protests 829010–G, etc., of Scaramelli & Co. et al. (New York).

Opinion by KEEFE, J. In view of the evidence and the agreed statement of facts it was held that the inedible covering of the cheese in question is properly the subject of allowance as tare under the principle announced in *Kraft* v. *United States* (T. D. 47955) and *Locatelli* v. *United States* (T. D. 48284). The protests were therefore sustained in part.

No. 42147.—Protests 986567–G, etc., of A. Fantis et al. (New York).

Opinion by KEEFE, J. It was stipulated that the cheese is similar to that the subject of Abstract 39667. It was therefore held that an allowance of 2½ percent for the inedible covering should be made in the weight as claimed.

No. 42148.—Protest 986580–G of Andrew Makris & Bros. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302), and *Locatelli* v. *United States* (T. D. 48284) the protest was sustained.

No. 42149.—Protests 977554–G, etc., of Calarco Importing Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302), Abstract 40880, and *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

No. 42150.—Protests 627854–G, etc., of Cellas, Inc., et al. (New York).

Opnion by KEEFE, J. In accordance with stipulation of counsel and on the authority of *Locatelli* v. *United States* (T. D. 49302), Abstract 40880, and *Locatelli* v. *United States* (T. D. 49389) the protests were sustained.

No. 42151.—Protests 991715–G, etc., of Calarco Importing Co. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.

No. 42152.—Protests 989563–G, etc., of Moosalina Prod. Corp. et al. (New York).

Opinion by KEEFE, J. In accordance with stipulation of counsel and on the authority of Abstract 40880 the protests were sustained.